UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THEODORE TERZAKZOS,

                                  Plaintiff,

- against -

THE CITY OF NEW YORK,

                                 Defendant.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CIV. 4600

City file No. 2008-020032

To the Clerk of this Court and all parties of records

    Enter my appearance as counsel (Lead Attorney & Attorney to be Noticed) in this case for:

THE CITY OF NEW YORK

I certify that I am admitted to practice in this Court.

Dated: New York, New York
         June 2, 2008

                                                Yours, etc.,
                                                MICHAEL A. CARDOZO
                                                Corporation Counsel
                                                Attorney for Defendant
                                                100 Church Street
                                                New York, New York 10007
                                                By: _____

                                                Anshel David, Esq.
                                                Assistant Corporation Counsel
                                                Bar No.: AD4295
                                                (212) 788-0602
                                                FAX: (212) 788-8887
                                                E-MAIL: adavid@law.nyc.gov

TO: Friedman, James & Buchsbaum LLP
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, New York 10038