```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
THEODORE TERZAKOS,                   :    08 CIV. 4600 (DLC)
                    Plaintiff,       :
         -v-                         :       PRETRIAL
                                     :    SCHEDULING ORDER
THE CITY OF NEW YORK,                :
                                     :
                    Defendant.       :
-------------------------------------X
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on August 4, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **August 29, 2008**.

2. The parties are instructed to contact the chambers of Magistrate Judge Maas prior to **November 21, 2008** in order to pursue settlement discussions under his supervision.

3. All fact discovery must be completed by **December 19, 2008**.

4. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **January 9, 2009**. Defendant's identification of experts and disclosure of expert testimony must occur by **January 23, 2009**.

5. All expert discovery must be completed by **February 13, 2009**.

6. The Joint Pretrial Order must be filed by **March 13, 2009**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
       August 4, 2008

                                  _____
                                      DENISE COTE
                             United States District Judge

```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____        │
│ DATE FILED: 8/4/08      │
└─────────────────────────┘
```